UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
PETER V. SHERRY,                   )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )  C.A. No. 16-157 S
                                   )
NANCY A. BERRYHILL, Acting         )
Commissioner of Social Security,   )
                                   )
        Defendant.                 )
_____)

## ORDER

WILLIAM E. SMITH, Chief Judge.

　　Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") on June 12, 2017 (ECF No. 24), recommending that Plaintiff's Motion to Remand the case to the Commissioner of Social Security (ECF No. 17) be denied and that Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 20) be granted.  Having heard no objections and having carefully reviewed the pending motions and the R&R, the Court ACCEPTS the R&R and adopts the recommendations and reasoning therein.

　　Plaintiff's Motion to Remand the case to the Commissioner of Social Security is therefore DENIED and Defendant's Motion for an Order Affirming the Decision of the Commissioner is GRANTED.  Final judgment shall enter in favor of Defendant.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date: August 1, 2017